

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00271-CV

**ESTATE OF JOHNNIE MAE KING**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Kelly Cross, Judge Presiding

# O R D E R

The court reporter filed a notice of late record stating appellant had not paid for the record and was not entitled to a record without payment. However, after the notice was filed, appellant apparently paid for the record. The court reporter filed the reporter's record. Accordingly, we **DENY AS MOOT** the court reporter's notice of late record.

_Marialyn Barnard, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

Keith E. Hottle
Clerk of Court